# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 30, 2007

133335

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN
      Plaintiff-Appellee,

v

CHRISTINE BEDNAR,
      Defendant-Appellant.

SC: 133335
COA: 274559
Oakland CC: 2005-200925-FC

_____/

On order of the Court, the application for leave to appeal the January 8, 2007 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 30, 2007

_____
Clerk

l0521